**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 00-4660

─────────────

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

        versus

JUSTIN RICHARD WRIGHT,

                                  Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (CR-98-97-F)

─────────────

Submitted:  April 3, 2001            Decided:  April 19, 2001

─────────────

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas P. McNamara, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant.  Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Justin R. Wright appeals the district court's imposition of a twenty-four month sentence of imprisonment after revocation of Wright's probation. We have reviewed the record and the district court's judgment and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Wright, No. CR-98-97-F (E.D.N.C. Sept. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED